# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEVORY HICKMON,**

     **Plaintiff,**

-vs-                 **Case No. 6:06-cv-356-Orl-22DAB**

**18TH JUDICIAL CIRCUIT COURT IN
AND FOR SEMINOLE COUNTY,
FLORIDA, AND FIFTH DISTRICT
COURT OF APPEALS OF FLORIDA,**

     **Defendants.**

_____

## ORDER

Upon the Court's review of this case, it is ORDERED as follows:

1. The Magistrate Judge's March 23, 2006 Report and Recommendation ("R&R") (Doc. 3) is APPROVED AND ADOPTED insofar as it recommends dismissal on the basis of *Abella v. Rubino,* 63 F.3d 1063 (11th Cir. 1995). The Court need not reach the other grounds for dismissal set forth in the R&R.

2. Plaintiff's Objection (Doc. 4) to the R&R, filed on March 28, 2006, is OVERRULED. Although Plaintiff's complaint seeks declaratory relief, rather than money damages, declaratory relief claims which challenge the validity of the claimant's conviction are not cognizable under 42 U.S.C. § 1983. *Abella,* 63 F.3d at 1066.

3. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2), filed on March 21, 2006, is DENIED.

4. This action is DISMISSED as frivolous.

5. The Clerk shall close this case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 31, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge Baker