**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LEVORY HICKMON,**

                **Plaintiff,**

**-vs-**                                                        **Case No. 6:06-cv-356-Orl-22DAB**

**18TH JUDICIAL CIRCUIT COURT IN**
**AND FOR SEMINOLE COUNTY,**
**FLORIDA, AND FIFTH DISTRICT**
**COURT OF APPEALS OF FLORIDA,**

                **Defendants.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO APPEAL IN FORMA PAUPERIS (Doc. No. 7)** |
| **FILED:** | April 26, 2006 |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

As noted in the prior report, upon an affidavit of indigency, any court of the United States may authorize a party to proceed *in forma pauperis*. 28 U.S.C. § 1915(a) (1996). However, "an appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). The good faith standard is an objective standard. *See Coppedge v. United States*, 369 U.S. 438, 445, 82 S.Ct. 917, 921, 8 L.Ed.2d 21 (1962). An appeal is not taken in

good faith if the issue presented is frivolous. *Id.* Here, Plaintiff's position (as set forth in his papers) is without arguable merit and is therefore frivolous, as the District Court found in its Order dismissing the claim. It is **respectfully recommended** that the District Court certify that the appeal is not taken in good faith, and deny the motion.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 27, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy