**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LEVORY HICKMON,**

        **Plaintiff,**

**-vs-**       Case No. **6:06-cv-356-Orl-22DAB**

**18TH JUDICIAL CIRCUIT COURT IN**
**AND FOR SEMINOLE COUNTY,**
**FLORIDA, AND FIFTH DISTRICT**
**COURT OF APPEALS OF FLORIDA,**

        **Defendants.**
_____

## ORDER

This cause is before the Court on the Motion for Permission to Appeal In Forma Pauperis (Doc. No. 7) filed on April 26, 2006.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, including the objections filed by the Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed April 28, 2006 (Doc. No. 8) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Plaintiff's objections are **OVERRULED**.

3.    The Court **CERTIFIES** that the appeal is not taken in good faith.

4.   The Motion for Permission to Appeal In Forma Pauperis (Doc. No. 7) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 13, 2006.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Lebory W. Hickmon, *pro se*